# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FREESTATE JUSTICE, INC., | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:22-cv-02410 |
| JEREMY LAMASTER, | * | |
| Defendant. | * | |

## JOINT STATUS REPORT

Pursuant to the Court's Order [ECF No. 13] Plaintiff, FreeState Justice, Inc. through its undersigned counsel, and Defendant, Jeremy LaMaster (jointly the "Parties") hereby submit this Joint Status Report and state as follows:

**FreeState's Position**

1. With the exception of Slack, FreeState has regained full access and control to its IT assets, including administrative access. Mx. LaMaster no longer has access to FreeState's systems, with the exception of Slack.

2. Mx. LaMaster did not provide the information that resulted in FreeState regaining access to its systems. FreeState recovered access through its own efforts.

3. On Monday, September 26, Mx. LaMaster indicated that he used a non FreeState computer to conduct all post-employment activities, such as accessing FreeState's systems, because his work laptop's battery died.

4. FreeState respectfully requests the Court enter a preliminary injunction enjoining Mx. LaMaster from accessing, disclosing, or using its trade secrets, which include, but are not

limited to FreeState's donor and funding streams, client list, and mailing list, which is Item No. 1 in the Court's Temporary Restraining Order.

**Mx. LaMaster's Position:**

1. The [executivedirector@freestate-justice.org](mailto:executivedirector@freestate-justice.org) email account is set as the owner for the FreeState Justice Slack workspace and has a 2nd-factor authentication sending a 6 digit numeric code to the executivedirector@freestate-justice.org. FreeState either has access to this email account or has access to an Google Workplace Super Admin account which can override or reset the password to the [excutivedirector@freestate-justice.org](mailto:excutivedirector@freestate-justice.org) email account. With access to this email account, FreeState can log in into Slack and make any desired changes.

2. Mx. LaMaster provided information, including screenshots, of FreeState email accounts that had Super Admin privileges to FreeState's Google Workplace account. Mx. LaMaster provided documentation on how Super Admin can reset or change passwords to individual email accounts in order to regain access to those accounts if the provided passwords did not work. Additionally, during the week of 9/26, Mx. LaMaster was contacted directly by FreeState staff for tech support in regaining access to email accounts to which he obliged and provided a list of passwords, including personal passwords, to FreeState staff.

3. Used a public computer.

4. Mx. LaMaster neither possesses nor has access to donor lists, client lists, or mailing lists. Mx. LaMaster does not have ability nor intent to disclose or use donor lists, client lists, or mailing lists.

Dated: October 4, 2022											Respectfully submitted,

___*/s/*_____			___*/s/*_____
Lindsey A. White (Bar No. 29183)			Jeremy LaMaster
Paul D. Burgin (Bar No. 20228)			100 W University Pkwy, Apt. 7E
SHAWE ROSENTHAL LLP				Baltimore, MD 21210
One South Street, Suite 1800			jeremywlemaster@gmail.com
Baltimore, Maryland 21202
Telephone:  (410) 752-1040			*Pro Se Defendant*
Facsimile:  (410) 752-8861
white@shawe.com
burgin@shawe.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October 2022, a copy of the foregoing was served via electronic mail mail upon:

Jeremy LeMaster
100 W University Pkwy, Apt. 7E
Baltimore, MD 21210
Jeremywlemaster@gmail.com

*Defendant*

                                          */s/ Lindsey A. White*
                                          Lindsey A. White