IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FREESTATE JUSTICE, INC., | * |
| Plaintiff, | * |
| v. | * Case No. 1:22-cv-02410 |
| JEREMY LAMASTER, | * |
| Defendant. | * |

## JOINT STATUS REPORT

Pursuant to the Court's Order [ECF No. 16] Plaintiff, FreeState Justice, Inc. through its undersigned counsel, and Defendant, Jeremy LaMaster (jointly the "Parties") hereby submit this Joint Status Report and state as follows:

1. FreeState respectfully requests to proceed to early mediation with a magistrate judge and a stay of the case pending mediation.

2. Mx. LaMaster is still attempting to retain counsel and wishes to defer a decision on whether they would like to proceed to early mediation with a magistrate judge and a stay pending mediation until they are able to obtain counsel.

Dated: October 12, 2022

Respectfully submitted,

_/s/_
Lindsey A. White (Bar No. 29183)
Paul D. Burgin (Bar No. 20228)
SHAWE ROSENTHAL LLP
One South Street, Suite 1800
Baltimore, Maryland 21202

_/s/_
Jeremy LaMaster
100 W University Pkwy, Apt. 7E
Baltimore, MD 21210
jeremywlemaster@gmail.com

Telephone: (410) 752-1040  *Pro Se Defendant*
Facsimile: (410) 752-8861
white@shawe.com
burgin@shawe.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October 2022, a copy of the foregoing was served via electronic mail upon:

Jeremy LaMaster
100 W University Pkwy, Apt. 7E
Baltimore, MD 21210
Jeremywlemaster@gmail.com

*Defendant*

/s/ Lindsey A. White
Lindsey A. White