UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
Fax: (410) 962-2577
MDD_DLBChambers@mdd.uscourts.gov

November 15, 2022

**LETTER ORDER**

RE:   *FreeState Justice, Inc. v. LaMaster*
      DLB-22-2410

Dear Counsel and Mx. LaMaster:

    Thank you for your October 12, 2022 joint status report.  ECF 17.  The case is stayed until November 29, 2022 to give Mx. LaMaster time to obtain counsel and decide whether they agree to early mediation with a magistrate judge.  A status call is set for November 29, 2022 at 2 p.m.  My chambers will circulate call-in information.  Please submit a joint status report by November 28.

    Although informal, this letter is an Order of the Court and will be docketed as such.

Sincerely,

Deborah L. Boardman
United States District Judge