IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FREESTATE JUSTICE, INC., | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:22-cv-02410 |
| JEREMY LAMASTER, | * | |
| Defendant. | * | |

## JOINT STATUS REPORT

Pursuant to the Court's Order [ECF No. 18] Plaintiff, FreeState Justice, Inc. through its undersigned counsel, and Defendant, Jeremy LaMaster hereby submit this Joint Status Report and state as follows:

1. FreeState respectfully requests to proceed to early mediation with a Magistrate Judge and that the Court appoint a pro bono attorney to represent Mx. LaMaster at mediation.

2. Mx. LaMaster respectfully declines early mediation with a Magistrate Judge. Mx. LaMaster is amenable to the appointment of a pro bono attorney.

Dated: November 28, 2022                                    Respectfully submitted,


    */s/*                                                                   */s/*
Lindsey A. White (Bar No. 29183)           Jeremy LaMaster
Paul D. Burgin (Bar No. 20228)              100 W University Pkwy, Apt. 7E
SHAWE ROSENTHAL LLP                   Baltimore, MD 21210
One South Street, Suite 1800                  jeremywlemaster@gmail.com
Baltimore, Maryland 21202
Telephone:  (410) 752-1040                    *Pro Se Defendant*
Facsimile:  (410) 752-8861
white@shawe.com
burgin@shawe.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November 2022, a copy of the foregoing was served via electronic mail upon:

Jeremy LaMaster
100 W University Pkwy, Apt. 7E
Baltimore, MD 21210
Jeremywlemaster@gmail.com

*Defendant*

<u>*/s/ Lindsey A. White*</u>
Lindsey A. White