UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
Fax: (410) 962-2577
MDD_DLBChambers@mdd.uscourts.gov

November 29, 2022

**LETTER ORDER**

    RE:   *FreeState Justice, Inc. v. LaMaster*
             DLB-22-2410

Dear Counsel and Mx. LaMaster:

    As I stated during today's status call, the stay in this case is lifted. Mx. LaMaster shall respond to the plaintiff's complaint by December 20, 2022.

    Although informal, this letter is an Order of the Court and will be docketed as such.

    Sincerely,

    Deborah L. Boardman
    United States District Judge