**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FREESTATE JUSTICE, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:22-cv-02410 |
| | * | |
| JEREMY LAMASTER, | * | |
| | * | |
| Defendant. | * | |

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, FreeState Justice, Inc., through its undersigned counsel, hereby voluntarily dismisses this action without prejudice.

Dated: December 9, 2022          Respectfully submitted,

          /s/
Lindsey A. White (Bar No. 29183)
Paul D. Burgin (Bar No. 20228)
SHAWE ROSENTHAL LLP
One South Street, Suite 1800
Baltimore, Maryland 21202
Telephone:  (410) 752-1040
Facsimile:  (410) 752-8861
white@shawe.com
burgin@shawe.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December 2022, a copy of the foregoing was served via first class and electronic mail upon:

Jeremy LeMaster
100 W University Pkwy, Apt. 7E
Baltimore, MD 21210
Jeremywlemaster@gmail.com

*Defendant*

                                          */s/ Lindsey A. White*
                                          Lindsey A. White